IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RITA ROSAS, | § § § | |
| *Plaintiff,* | § § | SA-21-CV-00764-FB |
| vs. | § § § | |
| METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS, | § § § § | |
| *Defendant.* | § | |

# ORDER

Before the Court in the above-styled cause of action is Defendant Metropolitan Lloyds Insurance Company of Texas's Unopposed Motion to Abate Pending Appraisal [#2]. By its motion, Defendant informs the Court that it sent a letter to counsel for Plaintiff on May 20, 2021, invoking the appraisal process with respect to the insurance claim underlying this suit. Defendant asks the Court to abate this suit pending the outcome of the appraisal process. Plaintiff is not opposed to the requested stay. The Court is of the opinion the motion should be granted.

**IT IS THEREFORE ORDERED** that Defendant Metropolitan Lloyds Insurance Company of Texas's Unopposed Motion to Abate Pending Appraisal [#2] is **GRANTED**.

**IT IS FURTHER ORDERED** that this lawsuit is **ABATED** until further order of the Court. The parties are directed to file quarterly status updates with the Court on the appraisal process, with the first report due on **February 22, 2022**.

**IT IS SO ORDERED.**

SIGNED this 19th day of November, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE